A-1

Jon Figliolini
reg # 02372-049
F.C.I - Otisville
Otisville, N.Y., 10963

FILED OFFICE
2004 JUL 23 P 12:46
DISTRICT COURT
OF MASS

Monday, July 19, 2004

United States District Court
Attention: Mr Paul Lyness, Clerk for
Honorable George A O'Toole Jr.
One Courthouse Way Suite 2300
Boston, Massachusetts 02210

RE: Petitioner's Motion under 28 U.S.C § 2255.
    in regards to Case No 99-CR-10172-GAO.

Dear Mr Lyness,

      I filed, (by mail), a motion under 28 U.S.C. § 2255 on April 06, 2004, in the above-captioned matter. Today, after calling the clerks office, I became aware that this motion is, neither, in the Court's possession, nor was docketed.

      During the month of Febuary 2004, I wrote you a letter asking for the proper form to file my petition for § 2255. After waiting several weeks and receiving no response, I was left with no other choice but to

DOCKETED

page -3-

ext     r

page -2-

type my own Petition for §2255 hoping that it'd suffice. This is the Petition that was mailed on April 06, 2004.

Along with the Petition I sent a Motion for an extension of Time, and attached Exhibits, to file the memorandum of law in support of Petition for §2255.

In early June 2004, after being transferred from Old Colony Correctional Center, One Administration Rd., Bridgewater, Ma. 02324 to F.C.I-Otisville, I mailed to the Court a letter giving notice of my address change. I also asked for my return; proof of filing the Petition for §2255. Again I received no response.

Later in June 2004, after my legal work caught up to me, I filed a Motion for (90 day) Extension of Time to file memorandum of law in support of motion under 28 USC §2255, which today I learned was docketed.

page -3-

under 28 U.S.C. § 2255, and, (1) copy of the motion for extension of time to file memorandum of law in support of motion under 28 U.S.C. § 2255, which was originally mailed on April 06, 2004.

As my aunt explained to you, and as you already know, I would just like to reaffirm how imperative it was for this petition to be filed by April 10, 2004, due to the limitations period.

Seeing that I just completed the memorandum of law in support of motion under § 2255, enclosed are two (2) copies also.

Please send me a response letting me know you are in receipt of the enclosed documents?

Thankyou for handling this matter appropriately.

Sincerely,
Jon Figliolini
Jon Figliolini (pro-se)

cc. File