UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__JON FIGLIOLINI__
      Petitioner(s)

    v.            CIVIL ACTION NO.___04-12192-GAO___

__UNITED STATES OF AMERICA__
      Respondent(s)

**JUDGMENT IN A CIVIL CASE**

__O'TOOLE__, D.J.

**G**  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED**

Pursuant to the court's order, dated November 15, 2004, the petitioner's Sec. 2255 motion to vacate, set aside, or correct his sentence is DENIED.

                      TONY ANASTAS,
                      CLERK OF COURT

Dated:__11/15/04__            By __Paul S. Lyness__
                       Deputy Clerk