UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

JON FIGLIOLINI,
   (PETITIONER)         )
                        )
     v.                 )
                        )  CIVIL ACTION NO.
UNITED STATES OF AMERICA,  )  04-12192-GAO
   (RESPONDENT).         )
                        )

## NOTICE OF APPEAL

Now Comes Jon Figliolini "Petitioner", acting pro-se, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, and hereby files this Notice of Appeal in the above-captioned case.

Dated: November 23, 2004

Respectfully submitted,

by _____
Jon Figliolini, pro-se
Reg. # 02372-049
F.C.I. Otisville
P.O. Box 1000
Otisville, N.Y. 10963