AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of **Massachussetts**

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

CASE NUMBER: **04-12192-GAO**

Defendant

I, **Jon Figliolini** declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **F.C.I.-Otisville, P.O. Box 1000, Otisville, N.Y. 10963**

   Are you employed at the _____   Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources | ☑ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

My Family sends me $150.00 (per average a month) for telephone usage and commissarry. I may or may not continue to receive any funds in the future.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

12/30/04
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

JON FIGLIOLINI, )
   (Petitioner) )
                          )
                          ) CIVIL ACTION NO.
   v. ) 04-12192-GAO
                          )
                          )
UNITED STATES OF AMERICA )
   (Respondent)

### AFFIDAVIT OF PETITIONER IN SUPPORT OF
### APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Jon Figliolini, do hereby depose and state the following:

1. I am the Petitioner in the above captioned case.

2. My Petition for 28 U.S.C. § 2255 was dismissed by this Court on November 15, 2004. I received a copy of the Court's Order on November 22, 2004.

3. The following day, November 23, 2004, I filed a notice of appeal with the clerk of this Court via certified return receipt U.S. Mail.

4. On December 8, 2004, I filed an application for a certificate of appealability.

5. On December 21, 2004, the granted the certificate of appealability. I received a copy of the Court's Order on December 28, 2004.

6. I have been incarcerated for approximately the last 6 years and have no assets.

7. The only money I receive is from family members which I utilize in the commissarry and to make phone calls to my

family.

8. The amount of monies I receive from my family veries from month to month but it is approximately $150.00 per month.

9. The money may or may not be available in the near future depending on my families financial situations.

10. I have been determined indigent by this Court during the criminal proceeding and by the Appeallate Court while I was on direct appeal.

Signed on this 30th day of December, 2004 under the pains and penalties of perjury.

by _____
JON FIGLIOLINI
REG. # 02372-049
F.C.I.-OTISVILLE
P.O. BOX 1000
OTISVILLE, N.Y. 10963

2.

## All Transactions

| | | | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 02372049 | **Current Institution:** | Otisville FCI | |
| **Inmate Name:** | FIGLIOLINI, JON | **Housing Unit:** | CSW-FC | |
| **Report Date:** | 01/03/2005 | **Living Quarters:** | G07-219U | |
| **Report Time:** | 10:07:12 AM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 1/1/2005 12:21:55 PM | AMService | ITS Withdrawal | ($2.00) | ITS0101 | | $304.33 |
| 12/31/2004 5:08:19 PM | AMService | ITS Withdrawal | ($2.00) | ITS1231 | | $306.33 |
| 12/29/2004 7:38:44 PM | AMService | ITS Withdrawal | ($2.00) | ITS1229 | | $308.33 |
| 12/29/2004 5:03:40 PM | AMService | ITS Withdrawal | ($2.00) | ITS1229 | | $310.33 |
| 12/27/2004 5:07:44 PM | OTV3900 | Sales | ($8.90) | 27 | | $312.33 |
| 12/24/2004 8:09:01 PM | AMService | ITS Withdrawal | ($3.00) | ITS1224 | | $321.23 |
| 12/24/2004 5:18:03 PM | AMService | ITS Withdrawal | ($3.00) | ITS1224 | | $324.23 |
| 12/23/2004 5:58:07 PM | AMService | ITS Withdrawal | ($2.00) | ITS1223 | | $327.23 |
| 12/23/2004 1:54:45 PM | OTV3800 | Local Collections | $100.00 | 4608 | | $329.23 |
| 12/23/2004 1:54:45 PM | OTV3800 | Local Collections | $25.00 | 4644 | | $229.23 |
| 12/21/2004 11:37:38 AM | OTV3800 | Local Collections | $25.00 | 4419 | | $204.23 |
| 12/20/2004 6:13:02 PM | OTV3400 | Sales | ($6.25) | 97 | | $179.23 |
| 12/20/2004 6:10:38 PM | OTV3400 | Sales | ($153.10) | 96 | | $185.48 |
| 12/20/2004 4:55:21 PM | AMService | ITS Withdrawal | ($2.00) | ITS1220 | | $338.58 |
| 12/20/2004 3:49:12 PM | OTV3800 | Local Collections | $150.00 | 4149 | | $340.58 |
| 12/18/2004 5:18:44 PM | AMService | ITS Withdrawal | ($2.00) | ITS1218 | | $190.58 |
| 12/17/2004 11:30:50 AM | OTV3400 | Sales | ($55.25) | 24 | | $192.58 |
| 12/16/2004 8:06:22 PM | AMService | ITS Withdrawal | ($2.00) | ITS1216 | | $247.83 |
| 12/16/2004 5:15:35 PM | AMService | ITS Withdrawal | ($2.00) | ITS1216 | | $249.83 |
| 12/14/2004 5:38:38 PM | OTV3400 | Sales | ($2.40) | 99 | | $251.83 |
| 12/14/2004 4:54:03 PM | AMService | ITS Withdrawal | ($2.00) | ITS1214 | | $254.23 |
| 12/13/2004 5:57:49 PM | AMService | ITS Withdrawal | ($2.00) | ITS1213 | | $256.23 |
| 12/13/2004 3:05:54 PM | OTV3800 | Local Collections | $60.00 | 3587 | | $258.23 |
| 12/13/2004 3:05:54 PM | OTV3800 | Local Collections | $20.00 | 3651 | | $198.23 |
| 12/12/2004 7:37:35 PM | AMService | ITS Withdrawal | ($2.00) | ITS1212 | | $178.23 |
| 12/11/2004 1:49:03 PM | AMService | ITS Withdrawal | ($2.00) | ITS1211 | | $180.23 |
| 12/11/2004 1:09:30 PM | AMService | ITS Withdrawal | ($2.00) | ITS1211 | | $182.23 |
| 12/9/2004 5:38:03 PM | AMService | ITS Withdrawal | ($2.00) | ITS1209 | | $184.23 |
| 12/9/2004 4:53:19 PM | AMService | ITS Withdrawal | ($2.00) | ITS1209 | | $186.23 |
| 12/8/2004 5:46:24 PM | OTV6013 | Sales | ($4.81) | 84 | | $188.23 |
| 12/6/2004 8:21:17 PM | AMService | ITS Withdrawal | ($2.00) | ITS1206 | | $193.04 |
| 12/6/2004 5:47:34 PM | OTV3400 | Sales | ($4.30) | 102 | | $195.04 |
| 12/6/2004 5:22:45 PM | OTV3400 | Sales | ($5.05) | 90 | | $199.34 |
| 12/5/2004 11:29:51 AM | AMService | ITS Withdrawal | ($2.00) | ITS1205 | | $204.39 |
| 12/3/2004 4:51:20 PM | AMService | ITS Withdrawal | ($2.00) | ITS1203 | | $206.39 |
| 12/3/2004 1:54:45 PM | OTV3800 | Local Collections | $30.00 | 3149 | | $208.39 |
| 12/2/2004 5:06:47 PM | OTV6013 | Sales | ($0.10) | 70 | | $178.39 |
| 12/2/2004 4:55:52 PM | OTV6013 | Sales | ($10.73) | 59 | | $178.49 |
| 12/2/2004 8:52:24 AM | OTV2002 | Payroll - IPP | $14.40 | 5JV036 | | $189.22 |
| 12/2/2004 8:52:24 AM | OTV2002 | Payroll - IPP | $36.40 | 5JV036 | | $174.82 |
| 11/28/2004 8:05:38 PM | AMService | ITS Withdrawal | ($2.00) | ITS1128 | | $138.42 |
| 11/28/2004 11:25:10 AM | AMService | ITS Withdrawal | ($2.00) | ITS1128 | | $140.42 |
| 11/26/2004 5:59:18 PM | AMService | ITS Withdrawal | ($2.00) | ITS1126 | | $142.42 |
| 11/23/2004 6:02:47 PM | OTV3900 | Sales | ($13.50) | 58 | | $144.42 |
| 11/23/2004 5:19:04 PM | OTV3200 | Sales | ($4.44) | 49 | | $157.92 |
| 11/21/2004 10:08:25 PM | AMService | ITS Withdrawal | ($2.00) | ITS1121 | | $162.36 |
| 11/21/2004 12:09:01 PM | AMService | ITS Withdrawal | ($2.00) | ITS1121 | | $164.36 |
| 11/18/2004 8:33:37 PM | AMService | ITS Withdrawal | ($2.00) | ITS1118 | | $166.36 |
| 11/16/2004 5:51:49 PM | OTV3900 | Sales | ($27.20) | 76 | | $168.36 |
| 11/15/2004 6:10:01 PM | AMService | ITS Withdrawal | ($2.00) | ITS1115 | | $195.56 |

1 2 3

## All Transactions

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 02372049 | Current Institution: | Otisville FCI | |
| Inmate Name: | FIGLIOLINI, JON | Housing Unit: | CSW-FC | |
| Report Date: | 01/03/2005 | Living Quarters: | G07-219U | |
| Report Time: | 10:07:39 AM | | | |



| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 9/1/2004 2:36:29 PM | OTV3800 | Local Collections | $75.00 | 18954 | | $125.36 |
| 8/23/2004 5:11:19 PM | OTV3200 | Sales | ($0.37) | 78 | | $50.36 |
| 8/19/2004 5:20:16 PM | AMService | ITS Withdrawal | ($8.00) | ITS0819 | | $50.73 |
| 8/16/2004 4:40:50 PM | OTV3400 | Sales | ($0.37) | 4 | | $58.73 |
| 8/11/2004 5:30:09 PM | OTV3700 | Sales | ($2.00) | 74 | | $59.10 |
| 8/9/2004 4:29:34 PM | OTV3200 | Sales | ($1.85) | 51 | | $61.10 |
| 8/2/2004 4:30:37 PM | OTV3200 | Sales | ($0.74) | 15 | | $62.95 |
| 8/2/2004 9:18:37 AM | OTV2002 | Payroll - IPP | $14.40 | 5JV163 | | $63.69 |
| 8/2/2004 9:18:37 AM | OTV2002 | Payroll - IPP | $21.60 | 5JV163 | | $49.29 |
| 7/29/2004 6:46:50 PM | OTV3700 | Sales | ($1.80) | 135 | | $27.69 |
| 7/29/2004 4:46:54 PM | OTV6013 | Sales | ($0.74) | 8 | | $29.49 |
| 7/28/2004 8:26:11 PM | AMService | ITS Withdrawal | ($27.00) | ITS0728 | | $30.23 |
| 7/28/2004 5:20:27 PM | OTV3400 | Sales | ($75.15) | 18 | | $57.23 |
| 7/27/2004 5:03:18 PM | OTV6013 | Sales | ($0.37) | 20 | | $132.38 |
| 7/26/2004 4:56:29 PM | OTV6013 | Sales | ($2.22) | 21 | | $132.75 |
| 7/26/2004 3:17:05 PM | OTV3800 | Local Collections | $125.00 | 17038 | | $134.97 |
| 7/25/2004 12:00:29 PM | AMService | ITS Withdrawal | ($5.00) | ITS0725 | | $9.97 |
| 7/20/2004 11:31:52 AM | OTV3200 | Sales | ($1.48) | 2 | | $14.97 |
| 7/19/2004 6:33:30 PM | OTV3700 | Sales | ($86.85) | 96 | | $16.45 |
| 7/19/2004 5:41:47 PM | OTV3200 | Sales | ($4.81) | 19 | | $103.30 |
| 7/19/2004 5:13:32 PM | OTV3200 | Sales | ($1.85) | 14 | | $108.11 |
| 7/16/2004 1:26:56 PM | OTV3800 | Local Collections | $100.00 | 16629 | | $109.96 |
| 7/13/2004 5:45:35 PM | OTV3600 | Sales | ($49.40) | 25 | | $9.96 |
| 7/9/2004 12:32:00 PM | OTV3700 | Sales | ($50.85) | 41 | | $59.36 |
| 7/8/2004 5:23:56 PM | AMService | ITS Withdrawal | ($27.00) | ITS0708 | | $110.21 |
| 7/2/2004 2:22:29 PM | OTV2004 | Local Collections | $70.00 | 15881 | | $137.21 |
| 6/28/2004 5:36:16 PM | OTV3200 | Sales | ($4.44) | 11 | | $67.21 |
| 6/24/2004 4:44:13 PM | OTV3700 | Sales | ($30.15) | 44 | | $71.65 |
| 6/14/2004 5:29:00 PM | OTV3200 | Sales | ($1.85) | 14 | | $101.80 |
| 6/8/2004 11:43:39 AM | OTV3100 | Sales | ($255.55) | 17 | | $103.65 |
| 6/4/2004 11:24:14 AM | OTV6013 | Sales | ($1.71) | 2 | | $359.20 |
| 6/2/2004 2:45:36 PM | OTV2002 | FRP Single Pymt | ($25.00) | 002044 | | $360.91 |
| 6/1/2004 6:02:41 PM | OTV3100 | Sales | ($24.95) | 93 | | $385.91 |
| 5/28/2004 2:30:32 PM | OTV2002 | Local Collections | $25.24 | 14122 | | $410.86 |
| 5/28/2004 11:50:46 AM | OTV3400 | Sales | ($92.90) | 39 | | $385.62 |
| 5/27/2004 11:36:56 AM | OTV3400 | Sales | ($153.60) | 18 | | $478.52 |
| 5/25/2004 3:55:16 PM | OTV3100 | Sales | ($16.40) | 43 | | $632.12 |
| 5/21/2004 12:24:54 PM | OTV3200 | Sales | ($0.37) | 5 | | $648.52 |
| 5/20/2004 5:19:39 PM | AMService | ITS Withdrawal | ($50.00) | ITS0520 | | $648.89 |
| 5/20/2004 12:18:53 PM | OTV3200 | Sales | ($1.11) | 9 | | $698.89 |
| 5/17/2004 2:46:51 PM | OTV2002 | Local Collections | $500.00 | 13500 | | $700.00 |
| 5/17/2004 2:46:51 PM | OTV2002 | Local Collections | $200.00 | 13501 | | $200.00 |

1 2 3

# All Transactions

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 02372049 | Current Institution: | Otisville FCI | |
| Inmate Name: | FIGLIOLINI, JON | Housing Unit: | CSW-FC | |
| Report Date: | 01/03/2005 | Living Quarters: | G07-219U | |
| Report Time: | 10:07:25 AM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 11/15/2004 5:41:59 PM | OTV3200 | Sales | ($1.85) | 84 | | $197.56 |
| 11/14/2004 9:04:08 AM | AMService | ITS Withdrawal | ($2.00) | ITS1114 | | $199.41 |
| 11/13/2004 10:20:07 AM | AMService | ITS Withdrawal | ($2.00) | ITS1113 | | $201.41 |
| 11/12/2004 5:15:11 PM | AMService | ITS Withdrawal | ($2.00) | ITS1112 | | $203.41 |
| 11/10/2004 6:02:44 PM | OTV3400 | Sales | ($128.10) | 93 | | $205.41 |
| 11/10/2004 2:15:33 PM | OTV3800 | Local Collections | $75.00 | 2042 | | $333.51 |
| 11/8/2004 5:04:42 PM | OTV3200 | Sales | ($4.81) | 64 | | $258.51 |
| 11/8/2004 3:00:34 PM | OTV3800 | Local Collections | $100.00 | 1833 | | $263.32 |
| 11/7/2004 12:17:56 PM | AMService | ITS Withdrawal | ($2.00) | ITS1107 | | $163.32 |
| 11/7/2004 9:04:15 AM | AMService | ITS Withdrawal | ($2.00) | ITS1107 | | $165.32 |
| 11/5/2004 9:46:22 PM | AMService | ITS Withdrawal | ($2.00) | ITS1105 | | $167.32 |
| 11/5/2004 5:12:57 PM | OTV3200 | Sales | ($1.48) | 20 | | $169.32 |
| 11/2/2004 9:02:13 AM | OTV2002 | Payroll - IPP | $14.40 | 5JV021 | | $170.80 |
| 11/2/2004 9:02:13 AM | OTV2002 | Payroll - IPP | $36.40 | 5JV021 | | $156.40 |
| 10/30/2004 9:27:19 AM | AMService | ITS Withdrawal | ($2.00) | ITS1030 | | $120.00 |
| 10/29/2004 5:17:50 PM | AMService | ITS Withdrawal | ($2.00) | ITS1029 | | $122.00 |
| 10/27/2004 5:43:38 PM | OTV3900 | Sales | ($5.50) | 36 | | $124.00 |
| 10/26/2004 6:31:11 PM | AMService | ITS Withdrawal | ($2.00) | ITS1026 | | $129.50 |
| 10/26/2004 6:04:47 PM | OTV3400 | Sales | ($22.80) | 95 | | $131.50 |
| 10/24/2004 10:32:27 AM | AMService | ITS Withdrawal | ($2.00) | ITS1024 | | $154.30 |
| 10/23/2004 11:31:30 AM | AMService | ITS Withdrawal | ($2.00) | ITS1023 | | $156.30 |
| 10/16/2004 5:42:01 PM | AMService | ITS Withdrawal | ($2.00) | ITS1016 | | $158.30 |
| 10/15/2004 10:29:03 PM | AMService | ITS Withdrawal | ($2.00) | ITS1015 | | $160.30 |
| 10/13/2004 5:13:14 PM | OTV3200 | Sales | ($4.81) | 27 | | $162.30 |
| 10/12/2004 7:01:58 PM | AMService | ITS Withdrawal | ($2.00) | ITS1012 | | $167.11 |
| 10/12/2004 6:30:41 PM | OTV3400 | Sales | ($6.25) | 151 | | $169.11 |
| 10/10/2004 8:07:11 PM | AMService | ITS Withdrawal | ($2.00) | ITS1010 | | $175.36 |
| 10/9/2004 5:08:02 PM | AMService | ITS Withdrawal | ($2.00) | ITS1009 | | $177.36 |
| 10/8/2004 5:07:55 PM | AMService | ITS Withdrawal | ($2.00) | ITS1008 | | $179.36 |
| 10/7/2004 5:25:23 PM | OTV3400 | Sales | ($2.10) | 110 | | $181.36 |
| 10/7/2004 5:22:08 PM | OTV3400 | Sales | ($72.80) | 108 | | $183.46 |
| 10/6/2004 5:19:17 PM | AMService | ITS Withdrawal | ($3.00) | ITS1006 | | $256.26 |
| 10/6/2004 1:57:53 PM | OTV3800 | Local Collections | $100.00 | 249 | | $259.26 |
| 10/4/2004 7:50:49 PM | AMService | ITS Withdrawal | ($2.00) | ITS1004 | | $159.26 |
| 10/4/2004 5:27:22 PM | AMService | ITS Withdrawal | ($2.00) | ITS1004 | | $161.26 |
| 10/4/2004 9:58:44 AM | OTV2002 | Payroll - IPP | $14.88 | 5JV004 | | $163.26 |
| 10/4/2004 9:58:44 AM | OTV2002 | Payroll - IPP | $30.40 | 5JV004 | | $148.38 |
| 10/3/2004 5:08:14 PM | AMService | ITS Withdrawal | ($2.00) | ITS1003 | | $117.98 |
| 10/2/2004 10:40:19 AM | AMService | ITS Withdrawal | ($2.00) | ITS1002 | | $119.98 |
| 9/26/2004 9:49:45 AM | AMService | ITS Withdrawal | ($2.00) | ITS0926 | | $121.98 |
| 9/24/2004 4:32:35 PM | OTV3200 | Sales | ($2.48) | 10 | | $123.98 |
| 9/20/2004 5:35:13 PM | OTV3700 | Sales | ($107.45) | 93 | | $126.46 |
| 9/13/2004 5:42:46 PM | OTV3700 | Sales | ($4.80) | 98 | | $233.91 |
| 9/9/2004 1:28:47 PM | OTV3800 | Local Collections | $125.00 | 19302 | | $238.71 |
| 9/7/2004 6:01:14 PM | OTV3400 | Sales | ($135.15) | 32 | | $113.71 |
| 9/7/2004 2:51:55 PM | OTV3800 | Local Collections | $125.00 | 19124 | | $248.86 |
| 9/2/2004 8:33:48 AM | OTV2002 | Payroll - IPP | $5.52 | 5JV179 | | $123.86 |
| 9/2/2004 8:33:48 AM | OTV2002 | Payroll - IPP | $28.40 | 5JV179 | | $118.34 |
| 9/1/2004 7:00:08 PM | AMService | ITS Withdrawal | ($29.00) | ITS0901 | | $89.94 |
| 9/1/2004 5:31:17 PM | OTV3200 | Sales | ($6.42) | 36 | | $118.94 |

1 2 3